UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : | Mag. No. 24-10034 |
| TIMOTHY ALAN BLANK | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Vincent D. Romano, Assistant U.S. Attorney, appearing), and defendant Timothy Alan Blank (Claressa Lowe, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through October 11, 2024.

2. This Court granted two § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.    Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

      b.    Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 60 days from August 12, 2024, through October 11, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge

Dated: 8/13/2024

Form and entry consented to:

_____  
Vincent D. Romano  
Assistant U.S. Attorney

_____  
Claressa Lowe, Esq.  
Counsel for Timothy Alan Blank